**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| AFZAL KHAN,<br><br>            Plaintiff,<br><br>     vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, an agency of the United States government, and ROSEMARY LANGLEY MELVILLE, Director, United States Citizenship and Immigration Services' California Service Center,<br><br>            Defendants. | Case No.: 8:13-cv-00915-JVS-JPR<br><br>Judicial Officer: James V. Selna |

## ORDER OF DISMISSAL

The parties having so stipulated, the Court hereby ORDERS:

That this action be dismissed with prejudice. Each side will bear its own attorney's fees and costs.

Dated: December 05, 2013

_____
District Judge

1